Hank Berry Eagle

v.

Gregg Abbott, Et Alia

## List of Defendants and Violations

| Defendant | Violation |
|---|---|
| Gregg Abbott | Tribal Sovereign Immunity Doctrine |
| Ken Paxton | Public Law 280 |
| Sharon Osborne | Indian Reorganization and Education Act |
| Craig Estlinbaum John | Abuse of Public Office Tex. Pen. Code. Ch. 39 |
| Denise Fortenberry | 25 CFR 11.448 |
| Steven Reis | Tampering with governmental Records Tex. Pen. Code. 37.10 |
| Buddy "Skipper" Osborne Frank | R.I.C.O. Title 11 Ch. 71 Sec. 71.02 |
| Nate McDonald | Violation of Oath of Office 5 USC 3331 |
| Ashley Nicole Green | Genocide 18 USC 1091 (a)(6) |
| Julia Hubbard Bella | Deprivation of Rights under Color of Law 18 USC 242 |
| Trish Ann Dean | Official Oppression Tex. Pen. Code 39.3 |
| Whitney Lashawn Thompson | 8th Amendment Violation Cruel and Unusual Punishment |
| James Dancer | Abuse of Disabled Person with Intentional Bodily |
| Crystal Spring | Injury or Harm Tex. Pen. Code 22.04 (a)(1) |
| Loretta Yeverino | |
| Ann McCalla, Robert Lister | |

A. This a 1983 filing, pleading to the diversity of citizenship jurisdiction of the Federal Courts. The distinction between Texas citizens and the ones they hunted to the brink of extinction (The Karankawa) is clear. They continue to violate our Inherent Tribal Sovereign Immunity, the Constitution, Federal Laws, as well as their own Texas Laws in their pursuit to kill all of my people. We have waived our Sovereign Immunity concerning this matter, so that we may seek justice. We seek justice from the Nation who has labeled us "dependant nations" even though they we reject this label, because the United States government has never defended our people, so how can we depend on them? It's time the U.S. Government honored their words and enforced their laws indiscriminately.

©

Atnevert Karankawa Nation
An Indigenous Moorish Tribe of Tejas

V.

Gregg Abbott, Et Alia

## STATEMENT OF CLAIM

1. In 2009 I was caught with cocaine and recieved five (5) years probation. In 2011 I violated probation, and was sent to the Texas Department of Criminal Justice, upon arriving in TDCJ I was informed that I had been convicted of a possession in a drug free zone charge. I quickly informed the intake officer that I wasn't convicted of any drug free zone charge, and only had a possession of cocaine charge, and that I had my probation papers to prove it. They dismissed my probation paperwork, and instead told me that Matagorda County had sent paperwork stating I had a drug free zone charge and was not even eligible to see parole, and had to do a mandatory minimum of 5 years which was my entire sentence.

2. I wrote a letter to the 130th District Court to inform them that they had clearly made a "mistake" on my paperwork and could they fix it? About a year and a half into my 5 year sentence I recieved a letter from District Attorney Steven Reis. I thought finally they've corrected my charges and I could now see parole. The letter was not my charges being corrected, but a letter informing me that my original 2009 case along with others was apart of the Houston Drug Lab cases that had been the victim of a rogue employee falsifying drug tests. The letter went on to state that the lab had asked him to supply another sample for testing, but the DA informed the lab that Matagorda County had destroyed the evidence in my case.

3. So not only didn't I have a drug free zone charge, I now didn't even have a possession charge. I quickly filed paperwork to get my case dismissed and effectuate my release. Matagorda County bench warranted me back to the County jail where I sat from 2012-2014 where the judge refused to give me a bond even though as I explained above, I now had no possession charge.

①

After going back and forth to court over the two(2) years, they sent me back to TDCJ, but didn't even bother correcting my charges. In fact they wouldn't correct my charges until almost a year after I returned to TDCJ in 2015 after I filed a Federal lawsuit against them and TDCJ. I learned from that lawsuit that TDCJ had asked Matagorda County to correct the charges as early as 2012.

4. In 2015 I was released from TDCJ and didn't even have to see parole, in fact they didn't even inform my family I was being released, they just sent me to a half-way house in Houston. Once I was free my family informed me of our indigenous bloodline, so I joined the tribe, and was later elected Tribal Council Leader, a post I retain to this day. In 2017 Child Protective Services (CPS) got involved with my consorts son TW, nothing came of the case besides suggested parenting classes. At the same time Warren Kenneth "Ken" Paxton Jr. Attorney General for TX opened a child support case against me for my son and daughter CW and KW who were currently living with me since my release in 2015. The OAG's office took my Federal income tax refund of $4,500.00. In February of 2018 I went to the 130th District Court against AG Ken Paxton and recieved a Notice of non-suit against me from the Attorney's General Office, but Judge Estlinbaum of the 130th District Court refused to make a ruling to refund the income tax refund even though it was my main argument in my counter claim.

5. In April of 2018 CPS got involved with my daughter and I, when she recieved corporal punishment for running away for three (3) days at 12 years old. They filed an emergency removal order, but didn't only remove KW from my custody, but also took LF, LB, CW, AM, TW, RWB, and TB who was only 5 months old at the time, none of our other minor children were even involved in the incident, but that didn't matter to the Court, CPS, and BCPD.

③

In May at the Emergency Removal Hearing they effectively terminated our parental rights by issuing a Visitation order that restricted our access to our minor children to two(2) hour visits per month at the local CPS Office, and one phone call per week between the hours of 6-7pm, a time at which they knew we would both be working. Judge Estlinbaum set a trial date for December 3, 2018. From May-August my consort and I completed all the parental classes they imposed on us.

    6. On or about October 7th 2018 I recieved a call from a Tribal Members consort saying that he was about to be arrested. I contacted the supervisor and informed him I was the Tribal Council Leader and asked if I could come and retrieve the vehicle, because it was registered to the Tribal Trust not the State of Texas and was community property of the Tribe. They towed the car anyway. The following day October 8th I went to the Bay City Police Department's Office to file a formal complaint. For the next few days I recieved several phone calls from BCPD asking could I come back to their office, because they forgot to give me some paperwork. (I later learned that this was just a ploy "entrapment" to get me at their office to arrest me.) They continued calling me while I was at working, so I told them just to mail me the paperwork. In a clear act of retaliation for exercising the Sovereignty of our Nation, on October 10th CPS conspired with BCPD to arrest us while we were both on our lunch breaks, heading to a pre-scheduled meeting at the CPS Office. They arrested me for injury to a child with intent to do bodily injury, they also arrested my consort who has never been to jail before for child endangerment, they held us in the county jail for three (3) months under 25,000 bond each.

    7. During our time incarcerated DA Steve Reis had me moved to isolation for calling his office asking questions about our cases as the Tribal Council Leader.

③

On the day of our trial in December, the County Attorney Denise Fortenberry (who is now the District Judge of the 130th District Court) asked for a continuance claiming her expert witness was on vacation (since we never heard or saw from this expert witness, I suspect she couldn't get an expert to testify on her behalf in such a frivolous suit). Over my objections the Judge granted her request. The next month in January we were finally able to secure our freedom by posting bond, but during the intervening three (3) months we lost everything. We both were fired from our jobs for not returning after our lunch breaks, we lost both of our cars, we were traveling in my consort's Ford Escape which we lost to the impound yard, and they towed my car for the Tribal plates I had. We also got evicted from our home and lost most of our and the children's belongings a three bedroom house full of everything we had accumulated together since 2015.

8. Later in 2019 I took my injury to a child ~~endangerment~~ case to trial and won, but since DA Steve Reis refused to drop the case and threatened to lock us back up and start the process over, under that threat, duress, and coercion I took two (2) years misdemeanor probation for assault. After that they dismissed all charges against my consort. We were never allowed to have our jury trial in the CPS case the Judge arbitrarily decided to split up our family without any finding of us being unfit parents. At the arbitrary hearing they decided to give us back RWB and TB, they had already a year earlier sent TW to Louisiana to live with his father's mother because he had effectively given up his parental rights by not supporting his son financially his whole life TW was 4 at the time. They sent LF to live with her father in Clute, TX, and gave LB and AM to my consorts mother. We eventually got LB and AM and LF back after allegations of inappropriate touching was made by LF and AM against their grandmother's husband, who the judge had given custody of LB and AM.

④

9. My probation was over in 2021, but since I still owed probation fees and restitution they put out an arrest warrant for me. For some reason when they issued the arrest warrant, they didn't issue a misdemeanor probation violation warrant, they issued a Felony Fugitive warrant. They put out a Felony Fugitive warrant for the original charge I took to trial and beat. I didn't know about the Felony Fugitive warrant until I was notified by the VA that I didn't qualify to recieve my monthly VA Disability Compensation check because I was a Felony Fugitive. I was shocked and told them that I had not been convicted of a felony since 2009 10 years ago. So they sent me the notice from the Matagorda Sheriffs Department claiming I was a Felony Fugitive. I called the Sheriff's Office in my official capacity and inquired about the "mistake," they said they would look into it and call me back. When they called me back they said someone had "mistakenly" put out a felony warrant (but would not tell me who that person was) and the matter had been corrected. It took the VA almost eight (8) months to start my VA disability checks again.

10. During this same time period I recieved another notice from the Attorneys General Office saying I had another court date for child support of KW and CW, and if I didn't show up a warrant would be issued for my arrest. I contacted the OAG thru their website told them about our Tribes Sovereign Immunity and before my court date I recieved another notice of non-suit from the OAG in 2022. The sheriff's Department came to my home in September 18th 2023 to serve me child support papers again (it seems whenever someone renews their food stamps from the Department of Human Services it automatically triggers child support proceedings, this is not what Title VI D was meant for. After serving me the papers (my new court date is 11/28/23) they took me into custody for the misdemeanor probation warrant. Upon entering the facility during intake I informed the officer on duty

⑤

that I was a disabled vet rated at 70% for my back, knee, and other problems. While in the holding cell I asked if I could recieve a matt and blanket because I couldn't lay on a concrete slab without some type of cushion, they refused saying it was against their policy. The next day after tossing and turning all night on the concrete slab, I was finally moved to a cell with about 14 other inmates with no bottom bunks available. I put in a request to the nurse asking for an extra matt and to be moved to a bottom bunk. I knew I was not supposed to do any climbing so I tried to put my mattress on the floor, but the guard said that too was against their policy. After climbing in and out of the top bunk my back gave out (back spasms) Wedseday morning around 10:AM September 20th. Sometime after that the nurse came and gave me some pain medication and muscle relaxers, since I couldn't sit up or move to drink water I took the medicine dry. Lunch came and I didn't get to eat because I couldn't move, eventually I had to urinate, without any other option I had to go right there in the bunk, that's when the other inmates pushed the emergency call button to get me some much needed help. Eventually two(2) gaurds dragged me off the top bunk, they didn't have a stretcher, so one guard grabbed my feet while the other grabbed me under my shoulders causing me even more pain triggering the sciatic nerve in both of my legs. They carried me that way to the nurses office, where instead of allowing me to lay down she had them sat me down in a chair putting even more pressure on my back. I informed her that this was hurting my back even more, and I needed to lie down. She ignored my request and continued treating two other inmates for insulin. She started asking questions about health insurance, I told her that VA paid for all of my emergency outpatient care, and could I lie down now, she informed me that her questions wouldn't take long and gave me a TB shot. After 10-15 minutes of more questioning I can't recall what she asked, they put me in a wheel chair and rolled me to an isolation cell, where i sit today with no T.V. no books nothing.

⑥

11. They layed me in the isolation cells bunk where I lay for the rest of the day, sometime during the night other bodily functions had to be released, so I deficated also. They never gave me anymore medication for the day so I passed out a few times from the pain, but sometime in the middle of the night I woke up freezing laying in my own urine, feces, and bile from dry heaving, no food to vomit up. I caught the attention of the guard and asked for help, she said that wasn't in her job duties, so I asked for her ranking officer. The ranking officer called me on the emergency call box and asked me why they put me in the cell if I couldn't move? I said I didn't know I asked to be transported to the hospital, he said it wasn't in his guards job duties and he would have to talk with the daytime Sargeant. So I lay in the same position until the nurse came to administer medication the next day at around 10:00am. By this time I hadn't eaten anything since 4am on Wednesday morning. When the nurse saw that they had left me in the same position laying in urine, feces, and stomach bile, she turned to the guard and the guard said hey I'm not even supposed to open this door. I asked the nurse again to call EMS at least they could help me change, but she refused saying she couldn't call EMS unless she was performing CPR in other words unless I was dying, I knew right then they wanted me to die in this cell. She gave me my medication and poured water in my mouth and left. Lunch came I didn't eat anything again, at dinner a different female guard came into my cell and placed my tray on the urine soaked matt right next to my face, and told me I needed to try to eat something. There I was laying in my own filth and being asked to eat, but I was so hungry I had no choice but to shovel food in my mouth with my hand. At that moment I thought I was going to die in that cell, a decorated Marine Corps Veteran dying like a stray dog on the side of the road laying in my own urine, feces, and vomit, I never felt so humiliated, and never in my life not even during the Gulf War have I ever ever thought about dying. When my back loosened up I stripped off the soiled uniform and crawled to the shower.

⑰

12. I don't understand how the Tribal Sovereign Immunity of the Tribe could be consistently recognized by the AG Office, (The highest ranking attorney and law enforcement official in Texas) but at the same time, allowed to be violated by local officials whenever they choose. For all the crimes listed in this complaint those are the causes of action for this suit, to regain our children and to regain our parental rights that were unlawfully terminated without just cause, to reclaim and exercise the Tribal Sovereignty of the Ancient Karankawa Nation an Indigenous Moorish Tribe of Tejas, and to seek justice for the genocide and human rights violations committed against my family. I recently learned from some prominent lawyers in Texas, that "there are no coincidences in Texas", so I believe these are all intentional willfull committed acts by a group of people who conspired to deprive us of our rights, the counts for these heinous crimes are listed as follows.

COUNT 1: Tampering with governmental records Tex. Pen. Code 37.10, R.I.C.O. Title 11 Chapter 71 Section 71.02, Violation of Oath of Office 5 USC 3331

In 2011 Matagorda County, Matagorda County Sheriff Department and the District Attorneys Office tampered with government records by falsely claiming that they had convicted me of possession in a drug free zone and transmitting such altered false documents to the Texas Department of Criminal Justice. These unlawful actions made me uneligible to see parole even though under a regular possession charge I would have had the opportunity to see, if not make parole six (6) months after entering TDCJ. Instead I spent four (4) years defending myself against false charges I was never convicted of. Every inmate entering TDCJ has an opportunity to see parole once his/her good time and flat time reaches a certain plateau, I was denied this right.

⑧

COUNT 2: Tampering with government records Tex. Pen. Code 37.10, R.I.C.O.

Houston drug lab submitted false evidence to Matagorda County through one of its employees, who took cocaine from another source not provided to him by Matagorda County, and provided that as proof of possession and gaining a conviction under false pretenses.

COUNT 3: Violation of Tribal Sovereign Immunity

I classify this entire case as a violation of our Tribal Sovereignty, because they have no jurisdiction to hear a case, let alone decide a case involving the Tribal Council Leader and his daughter. In 2017 AG Ken Paxton violated Tribal Sovereign Immunity by taking my hard earned labor in the form of income tax return, even though Tribal Sovereign Immunity prevents anyone from suing a Tribe or its members for money damages or Arrears. In 2022 they also took my consorts refund who is the secretary of the Tribe.

COUNT 4: Genocide 18 USC 1091 (a)(6) R.I.C.O. Title 11 Chapter 71 Section 71.02, Violation of Oath of Office 5 USC 3331

In 2018 Matagorda County, 130th District Court, Attorneys Ad Litem, The County Attorney, CPS, and the BCPD did conspire to commit genocide by forcefully taking children from the Karankawa Nation and transferring them to the custody of the State of Texas and Louisiana.

COUNT 5: Deprivation of Rights under Color of Law 18 USC 242 R.I.C.O.

Matagorda County, the County Attorney, 130th District Court, CPS, and Attorneys Ad Litem did conspire to deprive us of our parental rights by limiting our access to our children, without any finding us as being unfit parents.

⑨

COUNT 6: Deprivation of Rights under Color of Law 18 USC 242, R.I.C.O. Title 11 Chapter 71 Section 71.02, Retaliation

In October of 2018 CPS and BCPD did conspire to kidnap my consort and I by arresting us on false charges so CPS could make their own case against us look better.

COUNT 7: Official Oppression Tex. Pen. Code. 39.3, R.I.C.O. Title 11 Ch 71 Section 71.02, Violation of Oath of Office 5 USC 3331

In November of 2018 DA Steven Reis and the Matagorda County Sheriffs Department did conspire to have me sent to an isolation cell, for simply calling the DA's Office and inquiring about our cases, even though he had sent me a letter stating that if I had any questions about the case I should contact his office. Matagorda County Sheriffs Department has no right to move an inmate to lockdown without just cause.

COUNT 8: Unjust Enrichment

By arresting us and impounding our vehicles BCPD unjustly enriched the impound facility by giving them vehicles they had not purchased. Attorneys General Ken Paxton by unlawfully taking our friends refunds and giving them to people who had not worked for or earned them.

COUNT 9: Genocide 18 USC 1091 (a)(6), R.I.C.O. Title 11 Ch 71 Section 71.02

In 2019 the 130th District Court, the County Attorney, Attorneys Ad Litem, and CPS did formalize their genocidal acts by issuing an order stating that our children be giving to other people without our consent and even transferring one(1) minor TW across State lines. Causing us even more emotional distress and Pain and Suffering.

(10)

COUNT 10: Tampering with Government Records Tex. Pen. Code 37.10, R.I.C.O. Title 11 Chapter 71 Section 71.02, Violation of Oath of Office 5 USC 3331

In 2021 Matagorda County Sheriffs Department, Adult Probation, and the DA's Office did conspire to have me arrested as a fugitive felon, by stating that I was convicted of a third degree felony, when in fact I pled guilty to a lesser included charge of misdemeanor assault. This action effectively cut off our only source of income (VA disability compensation), causing us untold hardship, pain and suffering, mental anguish, and emotional distress.

COUNT 11: Cruel and Unusual Punishment 8th Amendment violation, Pain and Suffering, Emotional Distress, Injury or Abuse of a Disabled Person with intentional bodily harm Tex. Pen. Code 22.04(a)(i)

On September 20, 2023 my back went out (severe back spasms) while in the custody and care of Matagorda County Sheriff's Department. They refused to give me adequate medical care (call EMS), knowing that they were unwilling or ill equipped to handle such a situation, and instead placed me in an isolation cell by myself with no way to call for help without any food or water for two days while I layed in my own urine, feces, and vomit. These actions caused me untold pain and suffering, emotional distress, and subjected me to Cruel and Unusual Punishment no one should have to go through.

COUNT 12: Pain and Suffering, Mental Anguish, Emotional Distress

Soon after our children were forcibly taken from us my consort developed a heart murmur (broken heart) and started having anxiety attacks and needed medication for both. No parent should have to suffer what we endured for simply trying to keep our children on the right path, when they see them going down the wrong one. No State or State agency should have the right to interfere with the upbringing of a child, without a finding of the parents being unfit.

(11)

COUNT 13: Official Oppression Tex. Pen. Code 39.3, Abuse of Public Office Tex. Pen. Code Chapter 39, 25 CFR 11.448, Violation of Oath of Office 5 USC 3331

Soon after we bonded out of the County Jail in 2019, the County Judge Nate McDonald decided to abuse his public office by filing 36 misdemeanor charges against me for such things like fictitious court claims. Basically stating that our Tribal/Consular Courts were not valid in direct violation of the Indian Reorganization and Education Act, and other Federal Laws and Court cases recognizing the autonomy of indigenous people to govern themselves.

COUNT 14:

The Matagorda County Special Appraisal District refused my request twice to collect on the bonds of the people listed here in this complaint.

REMEDY

We seek an emergency injunction for the immediate return of our minor children CW, TW, KW has recently turned 18. We seek the return of our Federal income tax refunds in the amount of 4,500 and 4600. We seek the return of the bond money and attorney fees we had to spend fighting these frivolous charges, 25,000 each. We seek the amount both of our vehicles were purchased for 2,500 and 3,500. According to the Texas Constitution any public official who refuses to perform the duties prescribed to them by law, shall forfeit half their Teachers Retirement Fund to the aggrieved party. This forfeiture should be deposited in the Tribal Sovereign Wealth Trust Fund which is the Treasury arm of the Tribe. We also seek recognition by the State of Texas and its local officials of the Inherent Tribal Sovereign Immunity available to any other Indigenous tribe, we seek this recognition so no other tribal members will have to endure such treatment by any State official. We seek fair market value for all the household items we lost during the eviction.

(13)

REMEDY Cont': Even though the OAG issued several notices of non-suits in our cases, they still to this day have negative delinquent account notices on both of our credit reports. This action has caused us to be denied twice from purchasing a home using the VA home loan. We seek the amount of these two homes 350,000 and 280,000. We also seek 10,000 per month that these negative delinquent accounts have been on our credit report. If you knew the tragic history of the 1st 300 Texas families and the Karankawa, you would know why, I as the Tribal Council Leader could never submit any member of our Tribe to the jurisdiction of Texas. We seek whatever the court sees fit to give us for the cruel and unusual punishment, emotional distress, and pain and suffering, and mental anguish we have suffered through over the past 14 years. We also welcome any remedy the court sees fit to administer on our behalf. Thank you.

Karl B——                                                    October 11, 2023

Karal El "Eagles Talon" Ahmed The Bey of Tejas

Tribal Council Leader, Vizir, Shahbender, Jurist

email: theancientkarankawanation@gmail.com

(979) 877-1341

⑬

Case 3:23-cv-00378    Document 1    Filed on 10/18/23 in TXSD    Page 15 of 16

United States Courts
Southern District of Texas
FILED

OCT 18 2023

Nathan Ochsner, Clerk of Court

# COVER SHEET

October 11, 2023

I am being held in the Matagorda County Jail and I am indigent and need to file this suit In forma Pauperis. I have asked the commissary clerk for a print out of my inmate account, but haven't heard back from her yet as of the date of this letter. I also am not being allowed subpoena forms to fill out so I asked the Tribal Secretary to send them seperately. They also will not allow me to make copies or send mail certified return reciept. One of the claims made in my suit (injury to a disabled person with intentional bodily injury) is still going through the grievance process I filed it on September 25, 2023 and as of the date of this letter have not had a proper response, only they'll talk to the nurse about the incident. I have included a reciept from my most recent commisary purchases dated 10/04/2023 I hope that will suffice to show my indigency. I am also including a habeas corpus petition, as I explained above they will not let me recieve legal material so I just made my case the best way I could. I have also included a self addressed stamp envelope with a make shift certified return receipt, could I get the clerk to sign it and date it and send it back in the enclosed SASE for our Tribal records? Thank you.

