United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-cv-378

CHARLES EDWARD WILLIAMS, #18523, PLAINTIFF,

v.

GREG ABBOTT, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Charles Edward Williams filed a civil-rights complaint under 42 U.S.C. § 1983, while detained at the Matagorda County Jail. Publicly available online records reflect that Williams was released from jail custody on March 13, 2024.[1] Williams has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the clerk advised in writing of his current address. Williams has failed to provide the court with an accurate, current address.

---

[1] *See* Website for Matagorda County Judicial Records, available at https://portal-txmatagorda.tylertech.cloud/Matagorda/default.aspx (last visited April 3, 2024).

Williams's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order). Williams is advised that upon a proper showing of good cause for his failure to comply with the court's local rules, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, any motion filed under Rule 60(b) must be accompanied by an accurate, current mailing address.

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution. Any pending motions are **DENIED** as moot.

Signed on Galveston Island this  3rd  day of   April         , 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE